WILLIAM H. FINLEY, by Guardian, etc., Appellant, *v.* HUDSON ELECTRIC RAILWAY COMPANY, Respondent.

(Argued April 16, 1895; decided April 30, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 18, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit dismissing the complaint.

*J. Rider Cady* for appellant.

*L. F. Longley* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.